# EXHIBIT 1

# NOTICE OF RIGHT TO CANCEL

Servicing #: 11391104

DATE: December 8, 2005
LOAN NO.:11391104
TYPE: Conventional

LENDER: WMC MORTGAGE CORP.

6320 CANOGA AVENUE 10TH FL (MAILROOM) WOODLAND HILLS, CA 91367

BORROWERS: GWENDOLYN LAWAL
BOLAJI LAWAL

ADDRESS: 884 RIVER AVENUE
CITY/STATE/ZIP: PROVIDENCE, RI 02908
PROPERTY: 884 RIVER AVENUE PROVIDENCE, RI 02908

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within **THREE BUSINESS DAYS** from whichever of the following events occurs **LAST**:

(1) The date of the transaction, which is ______________________________ ; or
(2) The date you receive your Truth in Lending disclosures; or
(3) The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing at:
3100 Thornton Ave. (Call Center)
Burbank, CA 91504

You may use any written statement that is signed and dated by you and states your intention to cancel and/or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of ______________________
(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

## I WISH TO CANCEL

CONSUMER'S SIGNATURE ______________________ DATE ______________

Each of the borrowers in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective as to all borrowers.

I acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL.

- Borrower - GWENDOLYN LAWAL - DATE -

DOCUD8Q
DOCUD8Q.VTX 08/25/2005