# EXHIBIT 2

*FROM THE OFFICE OF THE*
FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*

**CLAUDE F. LEFEBVRE**
**CHRISTOPHER M. LEFEBVRE, P.C.**

*ATTORNEYS & COUNSELORS AT LAW*

October 17, 2006

WMC Mortgage Corp.
(Call Center)
3100 Thornton Ave.,
Burbank, CA 91504

**Re: Notice of Rescission by Gwendolyn Lawal of 884 River Ave., Providence, RI 02908; Loan Number: 11391104; Closing Date: 12/08/2005**

To Whom It May Concern:

I represent Gwendolyn Lawal concerning the mortgage loan transaction she entered into with WMC Mortgage Corp. on December 8, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Gwendolyn Lawal was given incomplete and therefore, inaccurate notices of her right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by WMC Mortgage Corp. on the Lawal's property located at 884 River Ave., Providence, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Gwendolyn Lawal,**
**By her Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: Gwendolyn Lawal