# EXHIBIT 4

*FROM THE OFFICE OF THE*
FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

August 24, 2006

WMC Mortgage Corp.
(Call Center)
3100 Thornton Ave.
Burbank, CA 91504

Re: **Notice of Rescission by Richard H. Peyton & Eun Soo Peyton of 55 Braymans Lane, Unit A, Portmouth RI 02871; Loan Number: 11473062; Closing Date 02/27/2006.**

To Whom It May Concern:

I represent Richard H. Peyton and Eun Soo Peyton concerning the mortgage loan transaction they entered into with WMC Mortgage Corp. on February 27, 2006. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. & Mrs. Peyton were given incomplete and therefore, inaccurate notice of their right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by WMC Mortgage Corp. on the Peyton's property located at 55 Braymans Lane, Unit A, Portmouth, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Richard H. Peyton**
**Eun Soo Peyton,**
**By their Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: Richard H. Peyton & Eun Soo Peyton