# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

GWENDOLYN LAWAL
and RICHARD H. PEYTON,

Plaintiffs,

v.

WMC MORTGAGE CORPORATION,

Defendant.

C.A. No. 07-148-ML

## DEFENDANT WMC MORTGAGE CORP.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant WMC Mortgage Corp. ("WMC") hereby discloses that it is a wholly owned subsidiary of WMC Finance Co. and that there is no publicly held company that owns 10% or more of WMC stock.

WMC MORTGAGE CORP.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: May 22, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2007, I electronically filed the foregoing DEFENDANT WMC MORTGAGE CORP.'S CORPORATE DISCLOSURE STATEMENT with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Christopher M. Lefebvre, Esq.
Claude Lefebvre, Esq.

/s/ Steven E. Snow

919440_1/1360-7