**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GWENDOLYN LAWAL and RICHARD H. PEYTON** | : | |
| **Plaintiffs,** | : | |
| | : | C.A. 07-148 |
| **VS.** | : | |
| | : | |
| **WMC MORTGAGE CORP.** | : | |
| **Defendant** | : | |

**PLAINTIFFS' ANSWER TO THE DEFENDANT'S WMC MORTGAGE CORP. COUNTERCLAIM**

Plaintiffs Gwendolyn Lawal and Richard H. Peyton ("Plaintiffs") by and through their attorney, Christopher M. Lefebvre, hereby answer the Counterclaim filed by the Defendant WMC Mortgage Corporation ("Defendant"), and state:

1. Plaintiffs admit the allegations set forth in paragraphs 1, 2, 3, 4, 7 and 8 of the Defendant's Counterclaim.

2. Plaintiffs deny the allegations set forth in paragraphs 5 and 9 of the Defendant's Counterclaim.

3. The remainder of the Defendant's Counterclaim is a prayer for relief to which the Plaintiffs are not required to respond. To the extent that a further response may be required, Plaintiffs pray that the Defendant's Counterclaim be dismissed with prejudice and that the Court enter a judgment in favor on all counts of the Complaint, that Plaintiffs be awarded their costs and expenses including attorney's fees, and for such other relief as the Court deems proper.

WHEREFORE, Plaintiffs Gwendolyn Lawal and Richard H. Peyton pray that the Court dismiss the Defendant's WMC Mortgage Counterclaim.

Respectfully submitted,

/s/Christopher M. Lefebvre
Claude Lefebvre Christopher Lefebvre PC
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060

(401) 728-6534 (FAX)
BBO#4019
Lefeblaw@aol.com

**CERTIFICATION**

I hereby certify that on May 29th 2007, I electronically filed the Plaintiffs' Answer to Defendant's Company Counterclaim with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically: Steven E. Snow at ses@phs.com; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, a copy of this document to non CM/ECF participants: none.

/s/Christopher M. Lefebvre