# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GWENDOLYN LAWAL<br>and RICHARD H. PEYTON,<br><br>Plaintiffs,<br><br>v.<br><br>WMC MORTGAGE CORPORATION,<br><br>Defendant. | C.A. No. 07-148-ML |

## DEFENDANT'S PRETRIAL CONFERENCE STATEMENT

Pursuant to the notice dated July 5, 2007, Defendant WMC Mortgage Corporation ("WMC") provides the following pretrial conference statement for the conference scheduled for July 17, 2007 at 9:30 a.m.

Plaintiffs obtained residential mortgage loans from WMC and each has sent WMC a letter purporting to rescind their mortgage loans pursuant to 15 U.S.C. § 1635, Regulation Z § 226.23. In this action, Plaintiffs allege that WMC failed to adequately indicate the date by which their respective rescission periods expired in connection with the subject loans. In response, WMC maintains that it has provided Plaintiffs with all required disclosures and that Plaintiffs are not entitled to rescind their loans.

WMC has asserted a counterclaim against Plaintiffs seeking a declaration of the rights, duties and liabilities of the parties with respect to the Plaintiffs' letters of rescission – including a declaration that Plaintiffs are not entitled to rescind the subject loans. Alternatively, in the event the Court declares that Plaintiffs are entitled to exercise rescission, WMC seeks a court supervised mutual exchange of monies and properties by the parties through escrow. Such court supervision is necessary in order to avoid a manifest injustice which would occur if

WMC's mortgages are declared void yet Plaintiffs fail to perform their obligations to return the principal amounts of the loans.

Respectfully submitted,

WMC MORTGAGE CORP.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow

Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED: July 10, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of July, 2007, electronically filed the foregoing DEFENDANT'S PRETRIAL CONFERENCE STATEMENT with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Christopher M. Lefebvre, Esq.
Claude Lefebvre, Esq.

/s/ Steven E. Snow

927546_1/1360-7