# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GWENDOLYN LAWAL<br>and RICHARD PEYTON,<br><br>Plaintiffs,<br>v.<br><br>WMC MORTGAGE CORPORATION,<br><br>Defendant. | C.A. No. 07-148-ML |

## ENTRY OF APPEARANCE

Melissa E. Darigan hereby enters her appearance as counsel for Defendant WMC Mortgage Corporation.

/s/ Melissa E. Darigan ________________

Melissa E. Darigan (# 4792)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (FAX)
med@psh.com

DATED: November 19, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2007, a copy of the foregoing ENTRY OF APPEARANCE with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney of record at the email address listed below:

Christopher M. Lefebvre, Esq.
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862
court@lefebvrelaw.com

/s/ Melissa E. Darigan ________________