**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GWWENDOLYN LAWAL et al** | : | |
| **Plaintiffs,** | : | **C.A. NO. 07-148-ML** |
| | : | |
| **VS.** | : | |
| | : | |
| **WMC MORTGAGE COMPANY** | : | |
| **Defendant** | : | |

## PLAINTIFFS' MOTION TO EXTEND TIME TO COMPLETE DISCOVERY

Now come the Plaintiffs in the above entitled matter and request that the Court extend the time in which to complete discovery for an additional 90 days. In support of said request the Plaintiffs state that they just received responses in discovery indicating that the named Defendant is not the present holder of the mortgages which Plaintiffs seek to rescind. Plaintiffs were not aware of this fact until literally moments ago. According, an amended complaint will have to filed and served upon the holder of the mortgages so that the Plaintiffs can obtain complete relief afforded under the Federal Truth in Lending Act. There is also a settlement conference scheduled for tomorrow afternoon at 2:00 pm. All parties will be present in an attempt to settle the case without the need of further extensions. If a settlement is not consummated, further discovery will need to be completed.

**WHEREFORE**, Plaintiffs pray that their motion be granted and that the discovery deadlines previously entered by the Court be extended for an additional 90 days.

Respectfully submitted,

/s/ Christopher M. Lefebvre BBO # 4019
LAW OFFICES OF CLAUDE
LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)

**CERTIFICATION**

I hereby certify that I served a copy of the Plaintiffs' Motion to Extend Time upon the Defendant's attorney, Steven Snow via the ECF System of the District Court of Rhode Island on the 19th day of November 2007.

/s/ Christopher M. Lefebvre