# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

GWENDOLYN LAWAL
and RICHARD H. PEYTON,

Plaintiffs,

v.

WMC MORTGAGE CORPORATION
and MORGAN STANLEY,

Defendants.

C.A. No. 07-148-ML

## DEFENDANT WMC MORTGAGE CORP.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant WMC Mortgage Corp. hereby discloses that, on December 18, 2007, it was merged with its parent, WMC Finance Company which was, in turn, converted to a Delaware limited liability company and renamed WMC Mortgage, LLC. WMC Mortgage, LLC is a wholly owned subsidiary of General Electric Capital Corporation which is, in turn, a subsidiary of General Electric Company, a publicly held company.

WMC MORTGAGE, LLC

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow
Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: February 29, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of February, 2008, I electronically filed the foregoing DEFENDANT WMC MORTGAGE CORP.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Christopher M. Lefebvre, Esq./Claude Lefebvre, Christopher Lefebvre P.C.
lefeblaw@aol.com

/s/ Steven E. Snow

971135_1/1360-7