# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

GWENDOLYN LAWAL
and RICHARD H. PEYTON,

Plaintiffs,

v.

WMC MORTGAGE CORPORATION,

Defendant.

C.A. No. 07-148-ML

## DISMISSAL STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Gwendolyn Lawal hereby dismisses with prejudice all claims in this action, without interest or costs. Nothing in this dismissal shall affect the claims of co-Plaintiff, Richard H. Peyton.

GWENDOLYN LAWAL
and RICHARD H. PEYTON

By Their Attorneys,

CLAUDE LEFEBVRE,
CHRISTOPHER LEFEBVRE, P.C.

/s/ Christopher M. Lefebvre
Christopher M. Lefebvre (#4019)
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 FAX
lefeblaw@aol.com

DATED: March 3, 2008

WMC MORTGAGE, LLC,
Successor to WMC Mortgage Corp.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow
Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED: March 3, 2008

968385_1/1360-7