**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**GWENDOLYN LAWAL**
**and RICHARD H. PEYTON**
**Plaintiffs,**

**VS.** **C.A. NO. 07-148-ML**

**WMC MORTGAGE CORPORATION**
**and MORGAN STANLEY ABS**
**CAPITAL 1 INC.,**

**Defendants**

**PLAINTIFFS' ANSWER TO THE DEFENDANT WMC MORTGAGE CORP.'S COUNTERCLAIM ON PLAINTIFFS' AMENDED COMPLAINT**

Plaintiffs Gwendolyn Lawal and Richard H. Peyton ("Plaintiffs") by and through their attorney, Christopher M. Lefebvre, hereby answer the Counterclaim to the Plaintiffs' Amended Complaint filed by the Defendant WMC Mortgage Corp. ("Defendant"), and state:

1. Plaintiffs admit the allegations set forth in Paragraphs 1, 2, and 3 of the Defendant's Counterclaim.

2. Plaintiffs deny the allegation set forth in Paragraph 4 of the Defendant's Counterclaim.

3. Paragraph 5 of the Defendant' s Counterclaim merely reiterates Defendant's previous allegations and/or statements to which responses have already been provided. To the extent a response is required, Plaintiffs reassert their admission as to the allegations set forth in Paragraphs 1, 2, and 3, and reiterate their denial of the allegation set forth in Paragraph 4 of the Defendant's Counterclaim.

4. Plaintiffs admit the allegations set forth in Paragraphs 6 and 7 of the Defendant's Counterclaim.

5. Plaintiffs deny the allegation set forth in Paragraph 8 of the Defendant's Counterclaim.

6. The remainder of the Defendant's Counterclaim is a prayer for relief to which the Plaintiffs are not required to respond. To the extent that a further response may be required, Plaintiffs pray that the Defendant's Counterclaim be dismissed with prejudice and that the Court

enter a judgment in favor of plaintiffs on all counts of the Complaint, that Plaintiffs be awarded their costs and expenses including attorney's fees, and for such other relief as the Court deems proper.

**WHEREFORE**, Plaintiffs Gwendolyn Lawal and Richard H. Peyton pray that the Court dismiss the Defendant WMC Mortgage Corp.'s Counterclaim.

Respectfully submitted,

/s/Christopher M. Lefebvre
Claude Lefebvre Christopher Lefebvre PC
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
BBO#4019
chris@lefebvrelaw.com

**CERTIFICATION**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 6, 2008

Dated: March 6, 2008

/s/Christopher M. Lefebvre