UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICHARD H. PEYTON,<br><br>Plaintiff,<br><br>v.<br><br>WMC MORTGAGE CORPORATION and DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A. as Trustee of MORGAN STANLEY ABS CAPITAL I, INC., Trust 2006-WMC2<br><br>Defendants. | : | C.A. No. 07-148-ML |

**NOTICE OF APPEARANCE OF JOHN B. DAUKAS**

Please enter the appearance of John B. Daukas as counsel of record on behalf of defendant Deutsche Bank National Trust Company in the above-captioned matter.

Respectfully submitted,

DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A. as Trustee of MORGAN STANLEY ABS CAPITAL I, INC., Trust 2006-WMC2

By its attorney,

/s/ John B. Daukas

John B. Daukas
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
617.570.1000
jdaukas@goodwinprocter.com
R.I. Bar No. 5437

Dated: June 11, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 11, 2008.

/s/ John B. Daukas
John B. Daukas