UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICHARD H. PEYTON, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-148-ML |
| WMC MORTGAGE CORPORATION and DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A. as Trustee of MORGAN STANLEY ABS CAPITAL I, INC., Trust 2006-WMC2 | : | |
| Defendants. | : | |

**DEUTSCHE BANK NATIONAL TRUST COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), defendant Deutsche Bank National Trust Company hereby discloses that it is a wholly-owned indirect subsidiary of Deutsche Bank AG and that there is no other publicly held company that owns 10% or more of the stock of Deutsche Bank National Trust Company.

Respectfully submitted,

DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A. as Trustee of MORGAN STANLEY ABS CAPITAL I, INC., Trust 2006-WMC2

By its attorney,

/s/ John B. Daukas
John B. Daukas
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
617.570.1000
jdaukas@goodwinprocter.com
R.I. Bar No. 5437

Dated: June 11, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 11, 2008.

/s/ John B. Daukas
John B. Daukas