UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICHARD H. PEYTON, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-148-ML |
| WMC MORTGAGE CORPORATION and DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A. as Trustee of MORGAN STANLEY ABS CAPITAL I, INC., Trust 2006-WMC2 | : | |
| Defendants. | : | |

**STIPULATION TO EXTEND TIME**

Plaintiff Richard H. Peyton ("Plaintiff") and defendant Deutsche Bank National Trust Company ("Deutsche Bank"), by and through their attorneys, hereby agree and stipulate that Deutsche Bank shall have up to and including July 11, 2008 to answer, move or otherwise plead in response to Plaintiff's Second Amended Complaint in the above-captioned litigation.

Respectfully submitted,

RICHARD H. PEYTON

By his attorney,

/s/ Christopher M. Lefebvre

Christopher M. Lefebvre
CLAUDE LEFEBVRE, CHRISTOPHER LEFEBVRE, P.C.
P.O. Box 479
Pawtucket, RI 02867
401.728.6060
lefeblaw@aol.com
R.I. Bar No. 4019

Respectfully submitted,

DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A. as Trustee of MORGAN STANLEY ABS CAPITAL I, INC., Trust 2006-WMC2

By its attorney,

/s/ John B. Daukas

John B. Daukas
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
617.570.1000
jdaukas@goodwinprocter.com
R.I. Bar No. 5437

Dated: June 11, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 11, 2008.

/s/ John B. Daukas
John B. Daukas